Prob. 35
(1/92)

Report and Order Terminating Probation /Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

      v.                                                  Crim. No. 03-CR-80406-18

IMAD HAMADEH

On August 20, 2008, the above-named individual began supervised release for a period of 36 months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

s/David Smith
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 30th day of August, 2010

s/Gerald E. Rosen
Gerald E. Rosen
Chief United States District Judge